NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OWEN D. DENSON, JR., a/k/a HIKIM )
SHABAZZ, )
                      )
         Appellant, )
                      )
v. )         Case No. 2D17-4452
                      )
STATE OF FLORIDA, )
                      )
         Appellee. )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Owen D. Denson, Jr., pro se.

PER CURIAM.

       Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Denson v.

State, 225 So. 3d 811 (Fla. 2d DCA 2017) (table decision); Denson v. State, 181 So. 3d

490 (Fla. 2d DCA 2015) (table decision); Denson v. State, 140 So. 3d 586 (Fla. 2d DCA

2013) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Denson

v. State, 70 So. 3d 593 (Fla. 2d DCA 2011) (table decision); Hughes v. State, 22 So. 3d

132 (Fla. 2d DCA 2009); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002).

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.